1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **CENTRAL DISTRICT OF CALIFORNIA**
10
11   DEAN ALLEN HAYES,              ) Case No. CV 10-8625 SJO (JCG)
                                    )
12                   Petitioner,    )
                                    ) **JUDGMENT**
13            v.                    )
                                    )
14   JAMES A. YATES, Warden,        )
                                    )
15                   Respondent.    )
                                    )
16   _____    )

17        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
18   **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and
19   Recommendation.
20
21           June 9, 2011
22   DATED: _____
23                                              _____
24                                                  HON. S. JAMES OTERO
                                                UNITED STATES DISTRICT JUDGE
25
26
27
28

                                        1